UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUTA SINGH,<br><br>            Plaintiff,<br><br>    v.<br><br>HARMINDER S. POONI, RAVINDER KAUR, and PAN-AM TRANSPORT, INC., a Kansas corporation,<br><br>            Defendants. | No.  2:14-cv-02146 JAM DAD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF POSSESSION** |

<u>FINDINGS</u>

Plaintiff's ex parte application for a writ of possession having been considered by the Court, the Court finds as follows:

1. Plaintiff has established the probable validity of his claim to possession of the following property: 2005 Hummer H2, VIN 5GRN23U85H117259, California Plate 7FUW750, Kansas Title AA3304411;

2. There is probable cause to believe this property or some part of it is located at the following private place: 6672 Halsey Street, Shawnee, Kansas 66216;

1

3. Defendant gained possession of the property described above, and (1) the property is not necessary for support of Defendant or Defendant's family; (2) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed, or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to take care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession is necessary to protect the property; and

4. Plaintiff is required to file an undertaking in the amount of $20,000.

ORDER

To the Sheriff or any Marshal or authorized law enforcement officer of the County of Johnson, City of Shawnee, State of Kansas – you are directed:

1. To levy upon and retain in your custody, until released or sold (Code Civ. Proc., § 514.030), the following property or any part of it: 2005 Hummer H2, VIN 5GRN23U85H117259, California Plate 7FUW750, Kansas Title AA3304411;

2. To enter the following private place or places to take possession of the above-described property or some part of it: 6672 Halsey Street, Shawnee, Kansas 66216; and

3. To return this writ and the certificate of your proceedings within 30 days after levy and service, but in

no event later than 60 days after issuance of this writ.

It is further ordered that Plaintiff file a written undertaking in the amount of $20,000 and attach a copy of the undertaking to this writ of possession;

IT IS SO ORDERED.

Dated: October 7, 2014

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE