Aldon L. Bolanos, Esq., State Bar No. 233915
**Law Office of Aldon Bolanos**
Seven-Hundred "E" Street
Sacramento, California 95814
Telephone:   916/446.2800
Facsimile:    916/446.2828

Attorneys for Plaintiff Buta Singh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buta Singh, | Case No.   2:14-cv-02146 JAM DAD |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER FOR DISBURSEMENT OF FUNDS** |
| Harminder S. Pooni, Ravinder Kaur, and Pan-Am Transport, Inc., a Kansas corporation, | |
| Defendants. | |

Plaintiff's ex parte application for disbursement of funds has been considered. Good cause appearing, it is hereby ordered that the clerk is directed to disburse funds in the amount of twenty thousand dollars made payable to "Law Office of Aldon Bolanos" and delivered to 700 E Street, Sacramento, California 95814.

Dated: *11-3-2014*                       _____
                                                    United States District Court
                                                    Eastern District of California
                                                    Sacramento Division