UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUTA SINGH, | No. 2:14-cv-2146-JAM-EFB (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| HARMINDER S. POONI, et al., | |
| Defendants. | |

On December 9, 2015, this matter came before the undersigned for hearing of plaintiff's motion to enter default of defendant Pan-Am Transport, Inc. Attorney Walter Dauterman appeared on behalf of the plaintiff and attorney John Brooks appeared on behalf of the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's motion to enter default (ECF No. 49) is denied.

DATED: January 28, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE