UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Buta SINGH,<br><br>  Plaintiff,<br><br>vs.<br><br>Harminder Pooni, et al.,<br><br>Defendants. | Case No. 2:14-cv-02146 JAM DB<br><br>**JUDGMENT** |

Plainitff Buta Singh's complaint was decided by jury verdict on February 8, 2017. The jury found in favor of Mr. Singh and against defendant Harminder Pooni on all three counts.

Furthermore, on the same day, the jury also found in favor of Mr. Singh and against cross-complainant Harminder Pooni on all three counts in Mr. Pooni's cross-complaint.

1

Then on April 5, 2017, this court granted Mr. Singh's motion for attorneys' fees incurred in this action.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Harminder Pooni shall pay Buta Singh the sum of **seventy-eight thousand, seven hundred and one dollars and no cents ($78,701.00).** This court hereby enters judgment in favor of Buta Singh and against Harminder Pooni in this amount.

DATED:
April 19, 2017

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA